IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW BERGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES AIR FORCE, | ) |
| 101 Army Pentagon | ) |
| Washington, DC 20301-0101 | ) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| 1155 Defense Pentagon | ) |
| Washington, DC 20301 | ) |
| | ) |
|     Defendants. | ) |

## COMPLAINT

1. Plaintiff MATTHEW BERGER brings this suit to force Defendants UNITED STATES AIR FORCE and UNITED STATES DEPARTMENT OF DEFENSE to conduct a reasonable search, issue a determination, and produce records regarding alleged threats received by the agency in 2022 and an Inspector General complaint investigation.

### PARTIES

2. Plaintiff MATTHEW BERGER is the FOIA requester in this case.

3. Defendant UNITED STATES AIR FORCE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant UNITED STATES DEPARTMENT OF DEFENSE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOD is the parent agency of AIR FORCE.

## JURISDICTION AND VENUE

5.     This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.     Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 12, 2024 FOIA REQUEST TO AIR FORCE

7.     On November 12, 2024, BERGER's attorneys submitted a FOIA request to AIR FORCE on his behalf seeking the following records:

> Records in the Possession of the Air Force's Office of the Inspector General:
> 1. All reports, memos, and any other investigative records regarding Department of Defense (DOD) complaint #202209281658539257_hotline_webform submitted Wednesday, September 28, 2022.  Date Range for Record Search: From July 1, 2022 through January 13, 2023.
> 2. All reports, memos, and any other investigative records regarding Air Force IG investigation number 20221013-080160.  Date Range for Record Search: From July 1, 2022 through January 13, 2023.
>
> Records in the Possession of the Air Force Office of Special Investigations:
> 1. All reports regarding any threats received via phone or email. Date range for search: March 2-10, 2022.
> 2. All reports regarding Matthew Berger.  Date range for search: March 2-10, 2022.
> 3. All communications sent to/from Christopher Perez containing the search term "Berger".  Include all messages where Perez is cc'd and bcc'd as well.  Date range for search: March 6-10, 2022.
> 4. All communications sent to/from Christopher Perez containing one or more of the following search terms: "threat" OR "gun" OR "kill" OR "murder" OR "shoot".  Include all messages where Perez is cc'd and bcc'd as well.  Date range for search: March 6-10, 2022.
> 5. All call recordings from March 1-10, 2022 where Matthew Berger was a party to the call.

8.     A privacy waiver consenting to the release of the requested information and signed by BERGER was submitted with the FOIA request.

9.     A true and correct copy of the FOIA request is attached as Exhibit 1.

10. On February 7, 2025, BERGER's attorneys sent a follow-up message to AIR FORCE on his behalf seeking an estimated date of completion and inquiring about the status of the request.

11. A true and correct copy of the follow-up message is attached as Exhibit 2.

12. AIR FORCE did not send any further correspondence to Plaintiff or his attorneys regarding this request.

13. As of the date of this filing, AIR FORCE has not issued a determination on Plaintiff's request.

14. As of the date of this filing, AIR FORCE has failed to make any responsive records promptly available to Plaintiff.

## COUNT I – AIR FORCE'S FOIA VIOLATION

15. The above paragraphs are incorporated by reference.

16. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

17. Defendant AIR FORCE is a federal agency subject to FOIA.

18. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

19. Defendant AIR FORCE has failed to conduct a reasonable search for records responsive to the request.

20. Defendant AIR FORCE has failed to issue a determination within the statutory deadline.

21. Defendant AIR FORCE has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: April 1, 2025

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
MATTHEW BERGER

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com